COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

James Edward Beal
LA. Appellate Project
P. O. Box 307
Jonesboro LA 71251-0307

Kenneth Ray Bilbo, II
Eagle #2 Camp D DOC No. 355823
Louisiana State Prison
Angola, LA 70616

REHEARING ACTION: February 16, 2011

Docket Number: 10   00518-KA

STATE OF LOUISIANA
VERSUS
KENNETH RAY BILBO, II

Appealed from Calcasieu Parish Case No. 11903-07

BEFORE JUDGES:

Hon. Sylvia R. Cooks
Hon. Oswald A. Decuir
Hon. Elizabeth A. Pickett

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kenneth Ray Bilbo, II** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for the Appellee
    Carla Sue Sigler, Counsel for the Appellee